## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GOODWIN STEEL CASTINGS LTD., | : : : | |
| Plaintiff, | : : | Civil Action No. 3:21-CV-00652-JBA |
| v. | : : : | **APPEARANCE OF COUNSEL** |
| GENERAL DYNAMICS CORP. A/K/A ELECTRIC BOAT CORP. A/K/A GENERAL DYNAMICS ELECTRIC BOAT, | : : : : : : | |
| Defendant. | : | |

## **APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Electric Boat Corporation.

    Respectfully submitted,

    */s/ Seth H. Agata*
    Seth H. Agata (ct00825)
    JENNER & BLOCK LLP
    919 Third Avenue
    New York, NY 10022-3908
    Office: (212) 891-1648
    Fax: (212) 891-1699
    SAgata@jenner.com

    *Attorney for Defendant*
    *Electric Boat Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on June 1, 2021, the foregoing Appearance of Counsel was filed electronically with the Clerk of Court, using the CM/ECF system. Notice of this filing will be sent to all parties who have appeared of record by operation of the Court's ECF system and constitutes service of this filing under Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

Dated: June 1, 2021         Respectfully submitted,

By: */s/ Seth H. Agata*